UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 02 CR 719-16 |
| | ) | Judge James F. Holderman |
| STEVE LISCANO | ) | |

## INFORMATION AND NOTICE OF PRIOR CONVICTIONS

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby gives notice of its intention to seek and defendant's eligibility for an enhancement of sentence in this cause pursuant to Title 21, United States Code, Section 851. The United States submits that the defendant shall be sentenced to increased punishment by reason of the following prior convictions:

1. The defendant was convicted of Possession of a Controlled Substance in the Kane County Circuit Court on or about July 31, 1995 and sentenced to two years imprisonment;

2. The defendant was convicted of Possession of Cannabis in the Kane County Circuit Court on or about September 15, 1995 and sentenced to fines and costs.

3. The defendant was convicted of Possession of a Controlled Substance in the Kane County Circuit Court on or about June 20, 2001 and was sentenced to eighteen months

imprisonment.

        Respectfully submitted,

        Patrick J. Fitzgerald
        United States Attorney

        By _____
        Lawrence S. Beaumont
        Assistant United States Attorney
        219 South Dearborn Street
        Room 500
        Chicago, Illinois 60604
        (312) 353-4280

STATE OF ILLINOIS   )
                    )   SS
COUNTY OF COOK      )

### AFFIDAVIT OF MAILING

Imagene Hamilton, being first duly sworn on oath, deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois, that on the **21st** day of **May**, 2003, she placed a copy of:

### INFORMATION AND NOTICE OF PRIOR CONVICTIONS

in a Government franked envelope addressed to the following named individual(s), and deposited envelope(s) in the United States mail chute, located in the United States Courthouse, Chicago, Illinois, on said date at the hour of about 3:30 p.m.

**ROBERT A. LOEB**
**221 North LaSalle Street**
**Suite 1938**
**Chicago, IL 60601**

**VIA FAX NO.  (312) 606-9133 and CERTIFIED MAIL**

_____Imagene Hamilton_____
SUBSCRIBED AND SWORN TO BEFORE ME
this **21st** of **May**, 2003.

_____Kristine Rodriguez_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Kristine D. Rodriguez
Notary Public, State of Illinois
My Commission Exp. 10/07/2006